PD-0178-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 4:12:11 PM
Accepted 4/29/2015 10:17:31 AM
ABEL ACOSTA
CLERK

**Belinda Hill**
**First Assistant**



## HARRIS COUNTY DISTRICT ATTORNEY
### DEVON ANDERSON

April 27, 2015

Jessica A. Caird
Assistant District Attorney
Harris County District Attorney's Office
1201 Franklin, Suite 600
Houston, TX 77002-1901

Abel Acosta
Clerk, Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

April 29, 2015

ABEL ACOSTA, CLERK

Re:     Petition for Discretionary Review on *Correy Oliver v. The State of Texas*, PD-0178-15

Dear Mr. Acosta:

The State filed a petition for discretionary review on February 13, 2015, that included in the appendix the required copy of the Fourteenth Court of Appeals' unpublished opinion. Unfortunately, it has come to my attention that the Fourteenth Court of Appeals misdated its opinion, and the copy that I attached indicated the court of appeals decided the matter on January 22, 2014, when in fact they issued the opinion on January 22, 2015. The lower court's website at: http://www.search.txcourts.gov/Case.aspx?cn=14-13-00957-CR&coa=coa14 shows the proper date. I have notified the Fourteenth Court of Appeals in hopes they will correct the written opinion with the proper date, but I did not want the discrepancy to delay this Court in responding to the State's petition for discretionary review, or to cause the Court to believe the State had untimely filed it. If this letter will not suffice until the Fourteenth Court of Appeals corrects the error, please inform me. Otherwise, please attach this letter to the State's petition for discretionary review to explain the discrepancy in dates.

Thank you for your assistance.

Respectfully Submitted,

/s/ *Jessica Caird*

Jessica Caird
Assistant District Attorney
Harris County, Texas
caird_jessica@dao.hctx.net

CC: Chip Lewis
Attorney at Law
2120 Welch
Houston, TX 77019
chiplewis@aol.com

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711
LisaMcMinn@SPA.texas.gov